AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:20-mj-00227 |
| | ) | Assigned to: Judge Zia M. Faruqui |
| | ) | Assign Date: 11/12/2020 |
| ADAM HAGEMAN | ) | Description: COMPLAINT W/ARREST WARRANT |
| ▮ ▮ | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  June 1, 2020 – November 12, 2020  in the county of _____ in the _____ District of Columbia, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 2252A(a)(2) | Knowingly received Child Pornography |
| 18 USC § 2252A(a)(5)(B) | Knowingly possessed with intent to view, any book, magazine, periodical, film, videotape, computer disk, or any other material that contains an image of child pornography |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF OFFENSE

☑ Continued on the attached sheet.

*Complainant's signature*

Raymond Abruzzese, Special Agent, HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P.4.1 by telephone on this 12th day of November, 2020.

Date: 11/12/2020

*Judge's signature*

City and state:  Washington, D.C.    Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*