AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| United States of America | ) | Case: 1:20-mj-00227 |
| --- | --- | --- |
| v. | ) | Assigned to: Judge Zia M. Faruqui |
| | ) | Assign Date: 11/12/2020 |
| | ) | Description: COMPLAINT W/ARREST WARRANT |
| | ) | |
| | ) | |
| ADAM HAGEMAN | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     **ADAM HAGEMAN**,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Receipt of Child Pornography, in violation of 18 U.S.C. 2252A(a)(2), and Possession of Child Pornography, in violation of 18 U.S.C. 2252A(a)(5)(B)

Date:     11/12/2020

2020.11.12
14:46:25
-05'00'

*Issuing officer's signature*

City and state:     Washington, D.C.

Zia M. Faruqui, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11/12/2020, and the person was arrested on *(date)* 11/13/2020
at *(city and state)* Washington D.C.

Date: 11/13/2020

*Arresting officer's signature*

Vincent Cruse   DUSM
*Printed name and title*