# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :    No.: 20-mj-227-ZMF |
| v. | : |
| ADAM HAGEMAN, | : |
|         Defendant. | : |

## NOTICE OF APPEARANCE

Please enter the appearance of Christopher Macchiaroli of Silverman, Thompson, Slutkin, & White, LLC as counsel for Defendant Adam Hageman in the above-referenced matter.

Dated: November 20, 2020

                                                Respectfully submitted,

                                                SILVERMAN THOMPSON SLUTKIN & WHITE LLC

                                                /s/ Christopher Macchiaroli
                                                Christopher Macchiaroli (D.C. Bar No. 491825)
                                                1750 K Street, NW, Suite 810
                                                Washington, D.C. 20006
                                                Telephone: (202) 539-2444
                                                Facsimile:  (410) 547-2432
                                                Email: cmacchiaroli@silvermanthompson.com

                                                *Counsel for Defendant Adam Hageman*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of November 2020, a copy of the foregoing Notice of Appearance was electronically filed with Clerk of the Court by using the CM/ECF system, which will furnish electronic copies to all counsel.

Dated: November 20, 2020                  /s/ Christopher Macchiaroli
                                          Christopher Macchiaroli