# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO.** |
| v. | |
| **ADAM HAGEMAN,** | **VIOLATIONS:** |
| Defendant | 18 U.S.C. § 2252(a)(2) <br> **(Receipt of Child Pornography)** |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

Between the dates of May 1, 2020 and November 12, 2020, in the District of Columbia and elsewhere, the defendant, **ADAM HAGEMAN**, did knowingly receive any visual depiction, using any means and facility of interstate and foreign commerce, and that such visual depiction has been shipped and transported in and affecting interstate and foreign commerce, by any means including by computer; and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

**(Receipt of Child Pornography**, in violation of Title 18, United States Code, Section 2252(a)(2))

MICHAEL SHERWIN
Acting United States Attorney

*By: /s//April Nicole Russo*
April Nicole Russo
Assistant United States Attorney,
PA Bar Number 313475
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
202-252-1717
April.russo@usdoj.gov