UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | Case No.: 21-CR-110 |
| **ADAM HAGEMAN,** : | |
| : | |
| **Defendant.** : | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Caroline Burrell. AUSA Caroline Burrell will be substituting for AUSA April N. Russo.

Respectfully submitted,

MATTHEW GRAVES
UNITED STATES ATTORNEY D.C.
D.C. Bar No. 481052

By:   /s//Caroline Burrell
Caroline Burrell
C.A. Bar No. 283687
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W.
Washington, DC 20530
Phone: 202-252-6950
Caroline.Burrell@usdoj.gov

## CERTIFICATE OF SERVICE

On this 28th day of March 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

<u>/s// Caroline Burrell</u><br>
CAROLINE BURRELL<br>
Assistant United States Attorney